Opinion
issued March 8, 2012.

 



 

In The

Court of Appeals

For The

First District of Texas

 



 

NO. 01-10-00438-CV

 



 

ASHLEY GIPSON, Appellant

 

V.

 

RODERICK RIGGANS, Appellee

 



 

On Appeal from the 245th District Court

Harris County, Texas

Trial Court Cause No. 2004-67644

 



 

MEMORANDUM
OPINION








Appellant Ashley Gipson has failed to timely file a brief.  See Tex.
R. App. P. 38.8(a) (failure of appellant to file brief).  After being notified that this appeal was subject
to dismissal, appellant did not adequately respond.  See Tex.
R. App. P. 42.3(b) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution
for failure to timely file a brief.  

We dismiss any pending motions as moot.

PER
CURIAM

Panel consists of Chief Justice Radack and Justices Higley and Brown.